# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                                          Case No.  6:02-cr-88-Orl-31KRS

**HARVEY R. JOHNSON**

_____

## ORDER

This cause comes before the Court on Motion to Consider Appeal to be Timely Filed (Doc. No. 385) filed September 15, 2008.

On November 25, 2008, the United States Magistrate Judge issued a report (Doc. No. 390) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Consider Appeal to be Timely Filed is GRANTED.  The Appeal filed on September 15, 2008 (Doc. No. 384) is reinstated.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 15, 2008.

Copies furnished to:
Appeals Clerk
United States Attorney
United States Probation Office
Harvey R. Johnson

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE